IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-01118-WDM-PAC

MARGARET MIALES, et al.,

    Plaintiff(s),

v.

MCDONALD'S RESTAURANTS OF COLORADO, INC.,

    Defendant(s).

_____

**ORDER**
_____

Miller, J.

    This matter is before me on Plaintiffs' July 25, 2005 motion for leave to file surreply and request for a hearing on Defendant's summary judgment motion. For the reasons that follow, the motion will be denied.

    Plaintiffs assert that they are entitled to file a surreply because Defendant cited two new cases in its reply brief, which Plaintiffs therefore never had the opportunity to address. I disagree. Defendant has not raised a new issue; both cases support its argument that Plaintiffs' § 1981 claims must be dismissed because they cannot establish that they either requested service or were denied service. (*See* Def.'s Corrected Mem. Law Supp. Mot. Summ. J., at 15.) I also note that a case that Plaintiffs rely upon in their response brief, *Eddy v. Waffle House, Inc.*, 335 F. Supp. 2d 693, 699

(D.S.C. 2004), discusses the facts and holdings of both of the "new" cases.[1]

Accordingly, it is ordered:

1. Plaintiffs' motion for leave to file a surreply, filed July 25, 2005, (Docket # 86), is denied.

2. Plaintiffs' request for a hearing on the summary judgment motion is denied without prejudice to my later electing to hold such a hearing should I deem it appropriate.

DATED at Denver, Colorado, on August 2, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge

---

[1] Indeed, Plaintiffs' citation to the *Eddy* case is probably how defense counsel became aware of the cases at issue here.

PDF FINAL