## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-1118-WDM-PAC

MARGARET MIALES, individually,
ASHLEY MIALES, by and through her
mother and next friend Margaret Miales;
FRANKIE MIALES, by and through his
mother and next friend Margaret Miales;
BRANDON MIALES, by and through his
mother and next friend Margaret Miales;

v.

Plaintiffs,

McDONALD'S RESTAURANTS OF
COLORADO, INC.,

Defendant.

_____

## ORDER
_____

UPON the parties' Stipulated Motion to Approve Settlement for Minor Plaintiffs (Doc. No. 169), the Court, being fully advised in the premises and for good cause shown, hereby finds that the settlement is in the best interest of the minor plaintiffs and APPROVES the settlement as drafted by the parties.

DATED at Denver, Colorado, on July 10, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL